1  MICHELE BECKWITH
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-CV-00533-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $34,820.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1.   This is a civil action *in rem* against defendant Approximately $34,820.00 in U.S. Currency (hereafter "defendant currency") seized on August 31, 2023.

2.   A Verified Complaint for Forfeiture *In Rem* was filed on February 14, 2025 (hereafter "Complaint"). The Complaint alleged that the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.   On February 24, 2025, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on March 11, 2025.

4.   Beginning on February 21, 2025, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on March 24, 2025.

5. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a. Johnny Joaquim Miranda.

6. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On February 26, 2025, pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Johnny Joaquim Miranda agreed to forfeit all of his right, title, and interest in $17,410.00 of the defendant currency pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. That judgment is hereby entered against potential claimant Johnny Joaquim Miranda and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $17,410.00 of the Approximately $34,820.00 in U.S. Currency, together with any interest that may have been accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $17,410.00 of the Approximately $34,820.00 in U.S. Currency shall be returned to potential claimant Johnny Joaquim Miranda through his attorney Robert Beles.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture of the defendant currency, as well as to those now known or disclosed. Johnny Joaquim Miranda waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Dated: May 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE